**EXHIBIT B**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Yossef Kahlon
Plaintiff(s),

vs.

County of Nassau, et al.
Defendant(s).

ATTORNEY: BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

INDEX NUMBER: 603545/2024

DATE OF FILING: 02/28/2024

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Craig Eisenberg, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **02/28/2024** at **2:29 PM** at **1 West St, Mineola, NY 11501**,
Deponent served the **Summons and Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** upon **County of Nassau,** defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Judith Urso** personally, a person who stated to be authorized to receive process service for **County of Nassau**. Deponent knew said county agency so served to be the county agency described in said **Summons and Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Clerk** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin: **White**  Hair: **Brown**  Age (Approx): **50**  Height(Approx): **5'4"**  Weight(Approx): **120-130 lbs**  Glasses**: Yes**  Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Craig Eisenberg

Sworn to before me this
February 29, 2024

HENRY T. GOODMAN
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01G05049931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 25, 2025

Ultimate Process & Attorney Services, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1695656

1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

Yossef Kahlon
Plaintiff(s),

vs.

County of Nassau, et al.
Defendant(s).

ATTORNEY: BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

INDEX NUMBER: 603545/2024

DATE OF FILING: 02/28/2024

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Craig Eisenberg, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **2/28/2024** at **2:29 PM** at **1 West St, Mineola, NY 11501**,
Deponent served the **Summons and Complaint bearing Index Number and Date of Filing, Notice of Electronic Filing** upon **John/Jane Doe Members of the Nassau County District Attorney's Office**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Judith Urso** personally, a person who stated to be authorized to receive process service for **John/Jane Doe Members of the Nassau County District Attorney's Office c/o the County of Nassau**. Deponent knew the individual accepting service to be an/the **Clerk** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **White** Hair: **Brown** Age (Approx): **50** Height(Approx): **5'4"** Weight(Approx): **120-130 lbs** Glasses: **Yes** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
February 29 2024

Craig Eisenberg

HENRY T. GOODMAN
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01GO5049931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 25, 2025

Ultimate Process & Attorney Services, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1695657

1 of 1