UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOSSEF KAHLON,<br><br>    Plaintiff,<br><br>-against-<br><br>COUNTY OF NASSAU, JOHN/JANE DOE Members of the Nassau County District Attorney's Office, CÉLINE BOULBEN, and JOHN/JANES DOE "#METOO" ORGANIZATION(S),<br><br>    Defendants. | Case No. 24-CV-02439 (BMC)<br><br>**NOTICE OF APPEARANCE** |
| CÉLINE BOULBEN,<br><br>    Counterclaim-Plaintiff,<br><br>-against-<br><br>YOSSEF KAHLON,<br><br>    Counterclaim-Defendant. | |

  **PLEASE TAKE NOTICE** that Julis Elmaleh-Sachs of Crumiller P.C. hereby appears as counsel to Defendant/Counterclaim-Plaintiff Céline Boulben in the above-referenced action.

Dated: Brooklyn, New York
   October 9, 2024

                       Julia Elmaleh-Sachs
                       Crumiller P.C.
                       16 Court St, Ste 2500
                       Brooklyn, NY 11241
                       (212) 390-8480
                       julia@crumiller.com
                       Attorney for Defendant/
                       Counterclaim-Plaintiff

To: Kevin T. Kearon
Barket, Epstein, Kearon, Aldea, & Loturco, LLP
666 Old Country Road, Ste 700
Garden City, NY 11530
kkearon@barketepstein.com
(516) 745-1500
Attorney for Plaintiff/
Counterclaim-Defendant Kahlon

Ralph J. Reissman
County of Nassau
1 West Street
Mineola, NY 11501-4820
RReissman@nassaucountyny.gov
(516) 571-3056
Attorney for Defendant County of Nassau