**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

October 10, 2024

<u>Via ECF</u>
Honorable Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Kahlon v. County of Nassau, et al.
              <u>Docket No. 24-CV-02439 (BMC)</u>

Your Honor:

      This office represents defendant County of Nassau (the "County") in the above-referenced matter. Counsel for all parties will conduct a "meet and confer" telephone conference today at 3:00 p.m. to discuss discovery issues. I write to advise Your Honor and counsel that I am in the process or preparing the County's response to plaintiff Yossef Kahlon's discovery demands, however, since I will be out of the office in observance of multiple Jewish holidays on October 11, 16, 17, 18, 24 and 25, I intend to serve the County's responses no later than November 1, 2024.

      I thank Your Honor for your attention and consideration in this matter.

      Respectfully submitted,

      /s/ Ralph J. Reissman
      RALPH J. REISSMAN
      Deputy County Attorney

<u>cc: (via ECF)</u>
All counsel of record

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684, 6604**