UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOSSEF KAHLON,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>COUNTY OF NASSAU, JOHN/JANE DOE Members of the Nassau County District Attorney's Office, CÉLINE BOULBEN, and JOHN/JANES DOE "#METOO" ORGANIZATION(S),<br><br>　　　　　　　Defendants.<br><br>CÉLINE BOULBEN,<br><br>　　　　　　　Counterclaim-Plaintiff,<br><br>　-against-<br><br>YOSSEF KAHLON,<br><br>　　　　　　　Counterclaim-Defendant. | Case No. 24-CV-02439 (BMC)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Susan K. Crumiller of Crumiller P.C. hereby appears as counsel to Defendant/Counterclaim Plaintiff Céline Boulben in the above-referenced action.

Dated: Brooklyn, New York
　　　　January 6, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan K. Crumiller
　　　　　　　　　　　　　　　　　　　　　　　　　　　Crumiller P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　16 Court St, Ste 2500
　　　　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11241
　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 390-8480
　　　　　　　　　　　　　　　　　　　　　　　　　　　susan@crumiller.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant/
　　　　　　　　　　　　　　　　　　　　　　　　　　　Counterclaim-Plaintiff

To:    Kevin T. Kearon
Alexander Klein
Barket, Epstein, Kearon, Aldea, & Loturco, LLP
666 Old Country Road, Ste 700
Garden City, NY 11530
kkearon@barketepstein.com
aklein@barketepstein.com
(516) 745-1500
Attorney for Plaintiff/
Counterclaim Defendant Kahlon

Ralph J. Reissman
County of Nassau
1 West Street
Mineola, NY 11501-4820
RReissman@nassaucountyny.gov
(516) 571-3056
Attorney for Defendant County of Nassau