

January 13, 2025

*VIA ECF*
Honorable Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

     RE:    *Kahlon v. County of Nassau, et al.,* Case No. 24-CV-02439

Dear Judge Cogan,

    I write pursuant to the Court's directive during the January 2, 2024 pre-motion conference held in this matter. Upon further consideration, Defendant/Counterclaim Plaintiff Céline Boulben no longer intends to make the contemplated spoliation motion, nor seek summary judgment dismissing any claims against her.

    It is our understanding that Defendant County of Nassau intends to proceed with its motion for summary judgment as discussed. The parties will also complete expert discovery as originally contemplated in a timely fashion.

    Thank you for your time and attention to this matter.

                                                     Respectfully submitted,

                                                    Julia Elmaleh-Sachs

cc:    Kevin T. Kearon
        Alexander Klein
        Ralph Reissman