

January 31, 2025

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Kahlon v. County of Nassau* et al.
               Case No. 24-CV-02439 - BMC

Dear Judge Cogan,

    This office represents Mr. Kahlon.  We are writing to notify the Court that in light of the most recent conference with Your Honor, we will consent to proceeding as against the defendants on only the state law claims in issue and respectfully request that the matter be remanded to State Court.

    Thank you for your consideration.

                                                                  Sincerely,
                                                                    /s/
                                                             Kevin Kearon, Esq.
                                                             Alexander Klein, Esq.