**EXHIBIT 2**

# celine boulben

All  Images  News  Shopping  Videos  Forums  Web  More  Tools

**musicwithceline.com**
https://musicwithceline.com

### Celine Boulben
Violin, piano, music lessons in English or French with professional violinist Céline Boulben. A unique teaching approach and intellectual adventure.

**Barket Epstein Kearon Aldea & LoTurco, LLP**
https://www.barketepstein.com › blog › march › nbc-ne...

### NBC, Newsday, News 12, WPIX Cover Kahlon Acquittal, ...
Mar 1, 2024 — ... Celine Boulben, and others on behalf of their client, Yossef Kahlon, who was wrongfully accused of rape and aggravated sexual abuse, and ...

**Barket Epstein Kearon Aldea & LoTurco, LLP**
https://www.barketepstein.com › blog › february › man-...

### Man Falsely Accused and Acquitted by Jury of Rape Sues ...
Feb 28, 2024 — Boulben's accusations that she did not consent to the sexual activity that followed, and Mr. Kahlon was acquitted of the charges. Barket Epstein ...

**LinkedIn · Celine Boulben**
2 followers

### Celine Boulben - Violinist - Freelance
United States · Violinist · Freelance
Experience: Freelance · Location: United States · 2 connections on LinkedIn. View Celine Boulben's profile on LinkedIn, a professional community of 1 ...

**LinkedIn**
https://www.linkedin.com › pub › dir › Celine › Boulben

### 2 "Celine Boulben" profiles
Céline BOULBEN, Chargée d'Affaires Entreprises chez SG SMC, Greater Toulon Metropolitan Area, Société Générale, +2 more, CFPB, Centre de Formation de la ...

## Images



See photos

### Music with Céline Boulben - violin and piano lessons

Website | Save

**Hours:** Open 24 hours ▾

Suggest an edit

**Add missing information**
Add place's phone number

**Appointments:** musicwithceline.com          Providers ⓘ

**Send to your phone**                          Send

### From Music with Céline Boulben - vio...

"Céline Boulben is a professional violinist and a music teacher based in New York City. As a violin, piano, and music theory teacher, Céline Boulben focuses on the importance of music as a means of creativity, self-expression, and communication, as... More

**Reviews** ⓘ          Write a review    Add a photo

4 Google reviews

About this data

| Home - Music With Celine | SPONSOR A STUDENT: SCHO... | Céline BOULBEN - Chargée d'... |
|---|---|---|
| musicwithceline.com | CB CLASSICAL BRIDGE | LinkedIn |

Home - Music With Celine
🎵 musicwithceline.com

Amazing job!Thank... - Bluthn...
Facebook

Amazing job!Thank you for sh...
Facebook

Show more images

### Trellis.Law
https://trellis.law › ... › Nassau County Supreme Courts

**Yossef Kahlon V. County Of Nassau, John Jane Doe ...**

The complaint alleges that Kahlon's civil rights were violated and he suffered injury due to false rape accusations made against him by **Celine Boulben**. The ...

### Deezer
https://www.deezer.com › artist

**Celine Boulben: albums, songs, playlists**

Sign up for Deezer for free and listen to **Celine Boulben**: discography, top tracks and playlists.

### PacerMonitor
https://www.pacermonitor.com › public › case › Kahlo...

**Kahlon v. County of Nassau et al (2:24-cv-02439), ...**

Apr 1, 2024 — Defendant. **Celine Boulben**. Represented By. Ingrid Mercedes Fernandez Crumiller P.C. contact info. Hilary Joy Orzick Crumiller P.C. contact info.

### Blüthner School of Music
http://www.bluthnerschoolofmusic.com › teachers

**Teachers**

Ekaterina Terentyeva is the owner and head faculty member of the Blüthner School of Music in Hoboken, NJ.

1  2  3  4  5   Next

Results are not personalized

11201, New York - From your IP address - Update location

Help   Send feedback   Privacy   Terms